# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LINDSEY WRIGHT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-01926-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  August 1 , 2025

*/s/ BMircheff/*

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1