JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LINDSEY WRIGHT, JR.,** | **Case No.:** 2:25-cv-01926-BFM |
| Plaintiff, | **ORDER** |
| v. | **HON. BRIANNA FULLER MIRCHEFF** |
| **CREDENCE RESOURCE MANAGEMENT, LLC; FIRST COLLECTION SERVICES; JEFFERSON CAPITAL SYSTEMS, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant FIRST COLLECTION SERVICES to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: ___02/04/2026___



_____
**HON. BRIANNA FULLER MIRCHEFF**
UNITED STATES MAGISTRATE JUDGE